UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MICHAEL STEVENS,<br><br>    Plaintiff,<br>  v.<br>CDCR DIRECTOR, et al.,<br><br>    Defendants. | Case No. 24-cv-07716 EJD (PR)<br><br>**ORDER OF TRANSER** |

    Plaintiff, a state prisoner currently incarcerated at California Health Care Facility in Stockton, filed a pro se civil rights complaint against several defendants, including medical staff at the California Medical Facility in Vacaville, for allegedly deficient medical care. ECF No. 1 at 3. Vacaville is located in Solano County.

    Because the relevant defendants reside in and the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** November 12, 2024

                                        EDWARD J. DAVILA<br>
                                        United States District Judge